Argued and submitted November 19, affirmed December 29, 1999

STATE OF OREGON,
*Respondent,*

*v.*

DANIEL JAMES SIMPSON,
*Appellant.*

(973118C; CA A101445)

993 P2d 190

Kimi Nam, Deputy Public Defender, waived oral argument for appellant. With her on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Thayer,* 158 Or App 440, 974 P2d 699 (1999).